## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIERRE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO. CIV-22-0469-HE |
| | ) |
| SGT. MS. BRUCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Plaintiff Tierre Moore, a federal prisoner appearing *pro se*, filed this case pursuant to Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971) alleging he suffered injuries when a bus carrying detainees to the Oklahoma City airport struck something. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. Judge Mitchell ordered plaintiff to either pay the filing fee for this case or be granted leave to proceed *in forma pauperis*. Plaintiff failed to respond to the order. Judge Mitchell has now issued a Report and Recommendation recommending that the case be dismissed for failure to comply with the court's order.

The Report advised plaintiff of his right to object to the Report by August 2, 2022. Plaintiff has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #7]. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 10th day of August, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE